ERRATA

*Apex Exports v. United States*, Consol. Court No. 11-00291, Slip Op. 13-158, dated Dec. 31, 2013:

Page 6, footnote 3, line 1: replace "export prices" with "normal values".